# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEVIN D. MCBRIDE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cv-105-JPG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | Related Crim No. 4:19-40081-JPG |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court and the Court having rendered a decision;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**DATED:** April 4, 2025

MONICA A. STUMP, Clerk of Court

By: *s/Tina Gray,*
    Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
    J. PHIL GILBERT
    U.S. DISTRICT JUDGE