UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN D. MCBRIDE, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Civil Case No. 25-cv-105-JPG <br> Criminal Case No. 19-cr-40081-JPG-2 |

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Kevin D. McBride's motions for leave to appeal *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Docs. 12, 16, & 17). McBride is appealing the Court's April 4, 2025, denial of his motion under 28 U.S.C. § 2255 (Docs. 4 & 5). Only one of the motions is signed and accompanied by an inmate trust fund statement, but that statement is not certified (Doc. 17). The Court **DENIES** the unsigned motions for failure to comply with Federal Rule of Civil Procedure 11(a) (Docs. 12 & 16). As for the signed motion, § 1915(a)(2) requires a "certified copy of the trust fund account statement (or institutional equivalent)" for the six months preceding the notice of appeal. The Court **RESERVES RULING** on McBride's signed motion for leave to proceed *in forma pauperis* (Doc. 17) and will attempt by separate order to obtain a certified statement directly from McBride's institution.

The Court further **DISMISSES** the motion at Document 18 because it is not a motion (Doc. 18).

The Court **DIRECTS** the Clerk of Court to send a copy of this order to the Court of Appeals for informational purposes only in conjunction with Appeal No. 25-2122.

**IT IS SO ORDERED.**
**DATED: August 13, 2025**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
